SARAH C. POTTER, Respondent, *v.* HOWARD M. POTTER, Appellant.

*Husband and wife — separation — cruel and inhuman treatment.*

*Potter* v. *Potter*, 208 App. Div. 746, affirmed.

(Argued April 9, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a separation upon the ground of cruel and inhuman treatment.

*George B. Class* and *John L. Class* for appellant.

*E. C. Aiken* and *Frederick R. Rich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.